CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
 caldwell@caldwell-leslie.com
ANDREW ESBENSHADE, State Bar No. 202301
 esbenshade@caldwell-leslie.com
LENNETTE W. LEE, State Bar No. 263023
 lee@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
LEWIS R. CLAYTON (admitted *pro hac vice*)
 lclayton@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3215
Facsimile: (212) 492-0215

Attorneys for Defendant THE TIME WARNER PENSION PLAN

*JS-6*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOMINICK BRUNO,<br><br>        Plaintiff,<br><br>    v.<br><br>THE TIME WARNER PENSION PLAN,<br><br>        Defendant. | Case No. CV 11-04374-R (VBKx)<br><br>**JUDGMENT** |

1   Defendant The Time Warner Pension Plan's ("Defendant's") Motion to
2   Dismiss the Complaint of Plaintiff Dominick Bruno ("Plaintiff") pursuant to Rule
3   12(b)(6) of the Federal Rules of Civil Procedure came on for hearing before this
4   Court on October 17, 2011, at 10:00 a.m.  Christopher G. Caldwell appeared on
5   behalf of Defendant and Russell G. Petti appeared on behalf of Plaintiff.  Having
6   fully considered the papers submitted by the parties, the issues having been duly
7   heard and a decision having been duly rendered,

8   IT IS ORDERED AND ADJUDGED that judgment is entered in favor of
9   Defendant and against Plaintiff in this action.  Plaintiff shall take nothing, and the
10  action is dismissed without leave to amend.  Defendant shall recover its costs.

12  **IT IS SO ORDERED.**
13  Dated:   October 24, 2011

    The Honorable Manuel L. Real
    United States District Court Judge

17  Prepared By:

19           /S/
    CHRISTOPHER G. CALDWELL
20  CALDWELL LESLIE & PROCTOR, PC
    Attorneys for Defendant THE TIME WARNER PENSION PLAN