CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  caldwell@caldwell-leslie.com
ANDREW ESBENSHADE, State Bar No. 202301
  esbenshade@caldwell-leslie.com
LENNETTE W. LEE, State Bar No. 263023
  lee@caldwell-leslie.com
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*JS-6*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
LEWIS R. CLAYTON (admitted *pro hac vice*)
  lclayton@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3215
Facsimile: (212) 492-0215

Attorneys for Defendant THE TIME WARNER PENSION PLAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOMINICK BRUNO,<br><br>       Plaintiff,<br><br>       v.<br><br>THE TIME WARNER PENSION PLAN,<br><br>       Defendant. | Case No. CV 11-04374-R (VBKx)<br><br>**JUDGMENT** |

1  Defendant The Time Warner Pension Plan's ("Defendant's") Motion to
2  Dismiss the Complaint of Plaintiff Dominick Bruno ("Plaintiff") pursuant to Rule
3  12(b)(6) of the Federal Rules of Civil Procedure came on for hearing before this
4  Court on October 17, 2011, at 10:00 a.m.  Christopher G. Caldwell appeared on
5  behalf of Defendant and Russell G. Petti appeared on behalf of Plaintiff.  Having
6  fully considered the papers submitted by the parties, the issues having been duly
7  heard and a decision having been duly rendered,

8  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of
9  Defendant and against Plaintiff in this action.  Plaintiff shall take nothing, and the
10 action is dismissed without leave to amend.  Defendant shall recover its costs.

12 **IT IS SO ORDERED.**
13 Dated:   October 24, 2011

   The Honorable Manuel L. Real
   United States District Court Judge

17 Prepared By:

           /S/
   CHRISTOPHER G. CALDWELL
20 CALDWELL LESLIE & PROCTOR, PC
   Attorneys for Defendant THE TIME WARNER PENSION PLAN